1  PAUL B. BEACH, State Bar No. 166265
   pbeach@lbaclaw.com
2  DENNIS M. GONZALES, State Bar No. 59414
   dgonzales@lbaclaw.com
3  NATHAN A. OYSTER, State Bar No. 225307
   noyster@lbaclaw.com
4  LAWRENCE BEACH ALLEN & CHOI, PC
   100 West Broadway, Suite 1200
5  Glendale, California  91210-1219
   Telephone No. (818) 545-1925
6  Facsimile No. (818) 545-1937

7  Attorneys for Defendant
   COUNTY OF LOS ANGELES and
8  RONALD YORK

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAREISHIA FINDLEY;<br>LATANYA RIVERS;<br>MARKEISHA FINDLEY,<br><br>            Plaintiffs,<br><br>       v.<br><br>COUNTY OF LOS ANGELES;<br>RONALD YORK; DOES I-XX,<br><br>            Defendants. | Case No. CV 11-07516 DMG (Ex)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE [8]** |

Pursuant to the Stipulation to Dismiss the Entire Action with Prejudice entered into and filed by Plaintiffs Lareishia Findley, Latanya Rivers, and Markeisha Findley and Defendants County of Los Angeles and Ronald York, IT IS HEREBY ORDERED as follows:

   1.   This action brought by Plaintiffs Lareishia Findley, Latanya Rivers, and Markeisha Findley is dismissed in its entirety with prejudice.

//

1

2.  Plaintiffs Lareishia Findley, Latanya Rivers, and Markeisha Findley and Defendants County of Los Angeles and Ronald York are to bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:  April 23, 2013

_____
DOLLY M. GEE
United States District Judge

2